DARRYL J. HOROWITT  #100898
LAURENCE Y. WONG  #106495
COLEMAN & HOROWITT, LLP
Attorneys at Law
1880 Century Park East, Suite 1511
Los Angeles, California 90067
Telephone:  (310) 203-3888
Facsimile:  (310) 203-3870
E-Mail:  dhorowitt@ch-law.com
         lwong@ch-law.com

Attorneys for Plaintiff,
TEXTRON FINANCIAL CORPORATION

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BIG BEAR AMERICAN MADE CHOPPERS, INC., a California corporation, et al.,<br><br>　　　　Defendants. | NO. CV09-9155 JST (OPx)<br><br>**JUDGMENT**<br><br>Trial Date:  November 9, 2010 |

　　　The parties having so stipulated and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that judgment be entered in favor of plaintiff, TEXTRON FINANCIAL CORPORATION, and against defendants, BIG BEAR AMERICAN MADE CHOPPERS, INC., KEVIN ALSOP, and MONA ALSOP, jointly and severally, in the principal sum of $792,504.66, interest at the rate of 10% per annum in the sum of $86,422.08, court costs in the sum of $846.25, and attorneys' fees in the sum of $29,967.00, for a total judgment in the sum of $909,739.99, together with interest on the total judgment at the rate of 10% from the date of entry of judgment until judgment is paid in full.

Dated: October 14, 2010

　　　　　　　　　　　　　　　　　　**JOSEPHINE STATON TUCKER**      .
　　　　　　　　　　　　　　　　　　HON.  JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE